Aleah HOLLAND, Robert J. Musso as the Trustee of the Estate to the plaintiff Aleah Holland, Plaintiffs,

v.

CITY OF NEW YORK, Office of the Sheriff of the City of New York, Defendants–Cross–Defendants–Appellees,

New York City Sheriff Andre Jackson, Defendant–Cross–Claimant– Appellant,

Robert Musso, as the Trustee of the Estate to the plaintiff Aleah Holland, Trustee.*

No. 10–1842–cv.

United States Court of Appeals, Second Circuit.

May 16, 2011.

Michael P. Joseph, of Counsel, Kliegerman & Joseph, LLP, New York, NY, for Defendant–Cross–Claimant–Appellant New York City Sheriff Andre Jackson.

Sharyn Michele Rootenberg, of Counsel (Larry A. Sonnenshein, of Counsel, on the brief), for Michael A. Cardozo, Corporation Counsel of the City of New York, New York, NY, for Defendants–Cross–Defendants–Appellees City of New York, Office of the Sheriff of the City of New York.

PRESENT: JON O. NEWMAN, GUIDO CALABRESI, and PETER W. HALL, Circuit Judges.

### SUMMARY ORDER

Sheriff Andre Jackson appeals the district court's March 30, 2010 order granting the municipal parties' motion for summary judgment on his cross-claim for reimbursement and indemnification of attorney's fees incurred litigating a civil action in which both the City and Jackson were defen-

dants. He also appeals the district court's order denying his motion for summary judgment on the same claim.

After reviewing the issues on appeal and the record of proceedings below, we affirm for substantially the same reasons articulated by the district court in its thorough and well-reasoned order and opinion.

Accordingly, the judgment of the district court is **AFFIRMED.**